### Return

| | |
|---|---|
| Case No: 2:24-mj-03496 | Date and time warrant served on provider: 6·13·2024 @ 1500 |

*Inventory made in the presence of:*   Brad Chester - Special Agent

*Inventory of data seized:*
[Please provide a description of the information produced.]

Google, LLC account records (Google Ref. No. 62586900) provided via the online Law Enforcement Request System (LERS) for the following Google account:

ELLIOTT.FINANCE@GMAIL.COM

These records were downloaded on 06/18/2024.

### Certification

I declare under penalty of perjury that I am an officer involved in the execution of this warrant, and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 06/18/2024

*Executing officer's signature*
Chad Parks - Special Agent
*Printed name and title*